MICHAEL A. ISAACS (SBN 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel:    (415) 267-4000
Fax:    (415) 267 4198

Attorneys for
BARRY MILGROM, Trustee

Signed and Filed: July 8, 2016

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

JAMES FREDERICK PAYNE
*aka* JIM PAYNE
*aka* JAMES PAYNE PROPERTIES,

Debtor.

Case No. 11-33534 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**ORDER APPROVING THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR CHAPTER 7 TRUSTEE (Dentons US LLP** *fka* **McKenna Long & Aldridge LLP)**

Date:   July 7, 2016
Time:  10:00 a.m.
Place:  450 Golden Gate Avenue, 16th Floor
          Courtroom 19
          San Francisco, CA 94102

On July 7, 2016, a hearing was held on the Third and Final Application for Compensation and Reimbursement of Expenses by Counsel for Chapter 7 Trustee (Dentons US LLP *fka* McKenna Long & Aldridge LLP) and the Supplement thereto (collectively, the "Application").

The Court, having considered the papers and pleadings, the statements on the record, and good cause appearing; it is

ORDERED as follows:

/ / /

/ / /

97130571\V-1

1. The Application is approved.

2. Dentons US LLP, counsel to Barry Milgrom, Chapter 7 Trustee, is allowed final compensation in the sum of $21,814.00, which amount reflects a $25,000 voluntary reduction, as detailed in the Supplement to the Application filed April 29, 2016 as Docket Entry No. 306, plus expense reimbursement in the sum of $425.55, for a total compensation of $22,239.55 for the time period October 1, 2014 through March 8, 2016.

3. All prior interim awards are approved as final.

4. The Trustee is authorized to disburse the above sums.

**\*\* END OF ORDER \*\***

97130571\V-1