Barry Milgrom
60 29th Street, PMB # 661
San Francisco, CA 94110
(415) 796-2444
Trustee in Bankruptcy

Entered on Docket
July 08, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 8, 2016



**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| In re: | Case No. **11-33534** |
| **PAYNE, JAMES FREDERICK** | Chapter 7 |
| Debtor(s) | **ORDER SETTLING TRUSTEE'S FINAL ACCOUNT AND AWARDING FEES AND EXPENSES** |

Barry Milgrom, Trustee of the above-referenced estate:

a)     having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b)     having given to all parties in interest written notice of said report and trustee's request for compensation and expenses:

IT IS HEREBY ORDERED that the trustee is allowed an amount of $161,392.73 as reasonable compensation and $353.59 as reimbursement of expenses, and

THAT the trustee's account is approved and settled, and

THAT the trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

END OF ORDER